THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

## 25-0202-COM    Massung Social Media Complaint

**Complaint Summary:**    The anonymous complainant alleged that Duty Officer Haley Massung made an inappropriate comment online about Charlie Kirk's death.

**Parent:**

**Related Case:**

**Current Status:**    REFERRED TO MANAGEMENT - RESPONSE REVIEWED
**Current Status Date:**    09/25/2025
**Current Status Notes:**
**Date Received:**    09/15/2025
**Date Initiated:**    09/15/2025

**Primary Investigator:**    Meaney, Michael

**Other Investigator:**

**Type:**    COMPLAINT - ADMINISTRATIVE
**Subject Type:**    Employee
**Restricted:**    No
**Category:**    Abusive, Threatening, or Offensive Actions
**Specific 1:**
**Specific 2:**
**Received By:**    Email
**Complaint Source:**    Unknown
**Complainant Organization:**
**Complainant Location:**
**Allegation Organization:**
**Allegation Location:**    Leon

**Complainant Division/Office**: Not Applicable
**Subject/Topic Division/Office**: Division of Law Enforcement - Technology and Communications Section
**Whistle-Blower Determination**: Provisions Do Not Apply
**Region**: Northwest

## Documents:

**Document Category:** Investigations: Other
**Current Status:**
**Activity Date:**

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

# Investigator:

| | |
|---|---|
| **Name:** | Michael Meaney |
| **AKA:** | |
| **Bargaining Unit Employee:** | No |
| **Victim:** | No |
| **Employment Status:** | |
| **Waive Confidentiality:** | |
| **DOB:** | |
| **Location:** | Leon |
| **Other Location:** | |
| **Address:** | Bryant Building-Headquarters, 620 South  Meridian Street |
| **Address 2:** | |
| **City:** | Tallahassee |
| **State:** | FL |
| **Zip Code:** | 32399 |
| **Country:** | |
| **Work:** | (850) 617-9463 |
| **Mobile:** | |
| **Home:** | |
| **Other:** | |
| **Pay Band:** | |
| **Organization:** | Office of Inspector General |
| **Notes** | |
| **Office Info:** | |

# User Chronology Entries:

**09/15/2025**
**User Name:** Michael Meaney
**Note Type:** Complaint Handling
**Person:**
**Note:** Held briefing with IG Griffin this morning concerning social media complaints per significant investigative issue policy (media sensitive).  Completed WB analysis and complaint summary.

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

**Disposition to Complainant Email Attached:** N/A (Anonymous/No Contact Info)
**Extension Attached (No Disposition for 14+ Days):** N/A

## Process Dates:

## Workflow Tasks:

| | |
|---|---|
| **Task Title:** | Draft Complaint Review |
| **Due Date:** | 09/29/2025 |
| **Owner:** | Michael Meaney |
| **Status:** | Complete |

## Interview and Investigation Techniques:

## Allegations:

| | |
|---|---|
| **Allegation:** | Massung Social Media Complaint |
| **Allegation Location:** | Leon |

**Summary:**          The FWC OIG received an anonymous complaint concerning a Facebook post reportedly made by Duty Officer Haley Massung. The complaint states, "I have two photos but am able to only upload one. I'd rather stay anonymous but to see so much hate being displayed over the Charlie Kirk, baffles me! Please look into Haley. The hate has to stop! Do not let someone who represents you, celebrate a death as if the individual did not matter!" A second complaint form submitted by the same individual states, "Attached is the 2nd photo to show which post, [sic] she [Massung] said 'rest in p!ss [smiley emoji] on."

The complainant provided two screenshots:

The first screenshot is a picture posted to the "Velvet Guillotine" Facebook Group, with a picture of Charlie Kirk, and the caption, "Rest in Peace 1993-2025."

The second screenshot includes the comment section of the above post. In the comment section, the screen name Haley Massung posted, "Rest in p!ss [smiley emoji]."

I verified via the FWC staff lookup that Massung is employed as a Duty Officer at the Tallahassee Regional Communications Center. The profile picture on the Facebook account that made the offending comment is consistent with Massung's staff lookup picture.

I conducted an open source social media search for Massung. I located Massung's Facebook account

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

that includes the same profile picture as the offending account. Massung identifies herself as a law enforcement dispatcher with FWC on the Facebook account used to make the offending post.

Based on OIG review at this time, there is sufficient information for management to take action deemed appropriate. This information is being forwarded to management for review and response within 20 days. OIG will review the management response and determine if additional OIG action is warranted at that time.

**Finding Summary:**         Send to COL Smith as a management referral. Request a response within 20 days. CC ED Young, AED Boyd, CCO Warthen, COS Crawford, Chief Bonds, CPT Russell.

# Evidence:

# Legal Proceedings:

# Legal Charges:

# Legal Requests:

# Financial Actions:

# Referral/Recommendation:

**Referred To:**        DLE - Director's Office
**Status:**             Closed
**Date:**               09/15/2025
**Notes:**

# Subject:

**Name:**               Haley Massung
**AKA:**
**Bargaining Unit Employee:**   No
**Victim:**             No
**Employment Status:**
**Waive Confidentiality:**
**DOB:**

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

| | |
|---|---|
| **Location:** | Hillsborough |
| **Other Location:** | |
| **Address:** | Dispatch Tallahassee Regional Center 501 S. Calhoun St. |
| **Address 2:** | |
| **City:** | Tallahassee |
| **State:** | FL |
| **Zip Code:** | 32399 |
| **Country:** | |
| **Work:** | (850) 245-7716 |
| **Mobile:** | |
| **Home:** | |
| **Other:** | |
| **Pay Band:** | |
| **Organization:** | Division of Law Enforcement |
| **Notes** | |
| **Office Info:** | |
| **Title:** Duty Officer | |

# Complainant:

| | |
|---|---|
| **Name:** | Anonymous Anonymous |
| **AKA:** | |
| **Bargaining Unit Employee:** | No |
| **Victim:** | No |
| **Employment Status:** | |
| **Waive Confidentiality:** | |
| **DOB:** | |
| **Location:** | |
| **Other Location:** | |
| **Address:** | |
| **Address 2:** | |
| **City:** | |
| **State:** | |
| **Zip Code:** | |
| **Country:** | |
| **Work:** | |
| **Mobile:** | |
| **Home:** | |
| **Other:** | |
| **Pay Band:** | |
| **Organization:** | |
| **Notes** | |
| **Office Info:** | |

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

*- Version Number 1*
**Document Description:** Acknowledgement from DO
**Filename:** fwfinalletterofdismissalmassung.msg
**Notes:**
**Create Date:** 09/25/2025
**Created By:** Ivey Dockery

**Date Received:** 09/25/2025

**Document Category:** Investigations: Other
**Current Status:**
**Activity Date:**
   *- Version Number 1*
**Document Description:** Disposition to DO
**Filename:** massungsocialmediacomplaint.msg
**Notes:**
**Create Date:** 09/15/2025
**Created By:** Ivey Dockery

**Date Received:** 09/15/2025

**Document Category:** Investigations: Case Supporting Materials
**Current Status:**
**Activity Date:**
   *- Version Number 1*
**Document Description:** Massuing Facebook About Screenshot
**Filename:** massungfacebookabout.jpg
**Notes:**
**Create Date:** 09/15/2025
**Created By:** Michael Meaney

**Date Received:** 09/15/2025

**Document Category:** Investigations: Complaint
**Current Status:**
**Activity Date:**
   *- Version Number 1*
**Document Description:** Complaint - img_5307.jpeg.jpg
**Filename:** img5307.jpeg.jpg
**Notes:**
**Create Date:** 09/15/2025
**Created By:** Ivey Dockery

**Date Received:** 09/15/2025

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

**Document Category:** Investigations: Complaint
**Current Status:**
**Activity Date:**
  *- Version Number 1*
**Document Description:** Complaint - img_5308.jpeg.jpg
**Filename:** img5308.jpeg.jpg
**Notes:**
**Create Date:** 09/15/2025
**Created By:** Ivey Dockery

**Date Received:** 09/15/2025

**Document Category:** Investigations: Complaint
**Current Status:**
**Activity Date:**
  *- Version Number 1*
**Document Description:** Complaint - Employee Misconduct [#699].pdf
**Filename:** employeemisconduct699.pdf
**Notes:**
**Create Date:** 09/15/2025
**Created By:** Ivey Dockery

**Date Received:** 09/15/2025

**Document Category:** Investigations: Complaint
**Current Status:**
**Activity Date:**
  *- Version Number 1*
**Document Description:** Complaint - Employee Misconduct [#698].pdf
**Filename:** employeemisconduct698.pdf
**Notes:**
**Create Date:** 09/15/2025
**Created By:** Ivey Dockery

**Date Received:** 09/15/2025

## Close Actions:

**Initial Complaint Attached (If Written):** Yes
**Whistle-blower Determination Complete:** yes
**Disposition to D/O/I Email Attached:** Yes

THIS DOCUMENT CANNOT BE RELEASED OR FURTHER DISSEMINATED WITHOUT EXPRESS WRITTEN APPROVAL

**From:**      Report of Employee Misconduct
**To:**        General, Inspector
**Subject:**   Employee Misconduct [#698]
**Date:**      Monday, September 15, 2025 12:47:07 AM

**[EXTERNAL SENDER]** Use Caution opening links or attachments

Employee Name                                    Haley Massung

Employee Title                                   Dispatcher

Location of Incident                             private Facebook group

What is the nature of your complaint?            I have two photos but am able to only upload one. I'd rather
Please provide as much detail as                 stay anonymous but to see so much hate being displayed
possible concerning any waste, fraud,            over Charlie Kirk, baffles me! Please look into Haley. The
abuse or employee misconduct. *                  hate has to stop!
                                                 Do not let someone who represents you, celebrate a death
                                                 as if the individual did not matter!

Attach a File, Photo, etc if you have               img_5308.jpeg.jpg
one related to this complaint. (Max 10                                   324.85 KB · JPG
MB)

| | |
|---|---|
| **From:** | Report of Employee Misconduct |
| **To:** | General, Inspector |
| **Subject:** | Employee Misconduct [#699] |
| **Date:** | Monday, September 15, 2025 12:49:34 AM |

**[EXTERNAL SENDER]** Use Caution opening links or attachments

Employee Name                                    Haley Massung

Employee Title                                     Dispatcher

What is the nature of your complaint?      Attached is the 2nd photo to show which post, she said "rest
Please provide as much detail as              in p!ss ☺" on.
possible concerning any waste, fraud,
abuse or employee misconduct. *

Attach a File, Photo, etc if you have
one related to this complaint. (Max 10        img_5307.jpeg.jpg
MB)                                                                        282.78 KB · JPG

