UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HALEY MASSUNG,**

Plaintiff,

v.

**ROGER A. YOUNG**, individually and in his official capacity as Executive Director of the Florida Fish and Wildlife Conservation Commission,

Defendant.

CASE NO.: 4:26-cv-00291-MW-MAF

# JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff, HALEY MASSUNG, and Defendant, ROGER A. YOUNG, by and through their respective attorneys, and hereby notify the Court that this case has been fully and finally settled between the parties and should be dismissed with prejudice, and in support thereof state:

1. The parties have fully resolved this matter and have executed a written Settlement Agreement.

2. The parties' Settlement Agreement requires the dismissal of this action with prejudice and the parties therefore stipulate that this case be dismissed with prejudice and the file closed.

## MEMORANDUM OF LAW

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff is entitled to voluntarily dismiss this action without a Court order with the consent of all other parties:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

> (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> …
> (ii) a stipulation of dismissal signed by all parties who have appeared.

Defendant has joined in the request for a dismissal with prejudice.

In the alternative, this Court may enter an Order of Dismissal with Prejudice pursuant to Rule 41(a)(2), Fed.R.Civ.P.

WHEREFORE, the parties stipulate to the dismissal of this case with prejudice and request that the case file be closed.

DATED this 13th day of August, 2026.

HENRY BUCHANAN, P.A.

*/s/ Miriam R. Coles*
MIRIAM R. COLES, Esquire
Florida Bar No. 58402
Post Office Drawer 14079
Tallahassee, Florida 32317
Telephone: (850) 222-2920
Facsimile: (850) 224-0034
mcoles@henryblaw.com

*Attorney for Defendant*

BENJAMIN, AARONSON,
EDINGER & PATANZO, P.A.

/s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No. 0606812
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440
(Fax) (352) 337-0696
GSEdinger12@gmail.com

*Attorney for Plaintiff*